JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANGIE PAOLA TOVAR TRIANA,
Petitioner,
v.
WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-04589-SRM-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Ground 2 of the Petition is granted and Grounds 1 and 3 of the Petition are dismissed as moot.

DATED: September 29, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE